EXHIBIT 1



```
 1                         Clark County Superior Court
 2   Nathen Barton,                    ) Case     21 2 00746 06
 3                                     )
 4        Plaintiff,                   )
 5                                     )            PLAINTIFF'S
 6   vs.                               )         ORGINAL COMPLAINT
 7                                     )        AND DEMAND FOR JURY TRIAL
 8   LeadPoint Inc, Reliance First Capital LLC, )
 9   LoanDepot.com LLC, Global Equity Finance Inc., )        FILED
10   Nationwide Mutual Insurance Company )
11                                     )            APR 2 1 2021
12        Defendants                   )
                                              Scott G. Weber, Clerk, Clark Co
```

**JURISDICTION**

14  Plaintiff Nathen Barton is a natural person and resident of Clark County, Washington. He has been

15  registered on the National Do Not Call Registry more than 31 days prior to March 2, 2021. All the acts

16  alleged in this complaint occurred in Clark County, Washington State, during the year 2021.

17  On or about 9:46AM, March 2, 2021, Plaintiff received a text message solicitation seemingly from 98673.

18  The text said:

19      Hi Wendy,

20      New mortgage program in

21      Lawrenceville!

22      See your savings now.

23      http://370.bz/3/0AQJ-1HGPGR

24      TxtSTOPtoEnd

25  Plaintiff clicked the link and was taken to webpage *homeequityquiz.com*, a website that solicits

26  mortgage services. Plaintiff looked over the website and could not ascertain the entity behind the

27  solicitation.

28  Plaintiff did not give anyone permission to solicit him for mortgage services. The entity behind the

29  solicitation did not have permission to solicit him by phone.

30  There was a series of questions on the website, so Plaintiff thought that if he answered the questions,

31  perhaps the entity behind the solicitation would be revealed.

32  Plaintiff then did answer the questions, but specifically used information completely different from the

33  text solicitation.

1  Even after answering the questions on the website, Plaintiff did not see who the entity behind the
2  solicitation was.

3  However, Plaintiff's phone started ringing with further solicitations. Plaintiff received the following
4  further solicitations.

**Reliance First Capital**

6  Plaintiff received the following solicitation calls from Reliance First Capital LLC ("Reliance"):

7      1. A solicitation call from (877) 271 3082 received on March 2, at or about 12:50PM
8      2. A solicitation call from (516) 566 4014 received on March 3, at or about 12:21PM
9      3. A solicitation call from (516) 566 4014 received on March 8, at or about 12:36PM
10     4. A solicitation call from (564) 397-2424 received on March 8, at or about 3:59PM
11     5. A solicitation call from (564) 397-2424 received on March 8, at or about 4:00PM
12     6. A solicitation call from (516) 566 4014 received on March 9, at or about 12:13PM
13     7. A solicitation call from (877) 271 3082 received on March 29, at or about 8:40AM
14     8. A solicitation call from (877) 271 3082 received on April 14, at or about 1:10PM

**Loan Depot**

16 Plaintiff received the following solicitation calls from LoanDepot.com LLC ("LoanDepot"):

17     1. A solicitation call from (855) 807 9606 received on March 2, at or about 10:43AM
18     2. A solicitation call from (855) 807 9606 received on March 2, at or about 10:58AM
19     3. A solicitation call from (855) 807 9606 received on March 2, at or about 11:15AM
20     4. A solicitation call from (855) 807 9606 received on March 2, at or about 11:48AM
21     5. A solicitation text from (949) 595 7108 received on March 2, at or about 12:13PM
22     6. A solicitation call from (877) 533 6619 received on March 4, at or about 2:44PM
23     7. A solicitation call from (877) 533 6619 received on March 4, at or about 2:45PM
24     8. A solicitation call from (877) 533 6619 received on March 5, at or about 8:51AM

**Global Equity Finance**

26 Plaintiff received the following solicitation calls from Global Equity Finance Inc ("Global"):

27     1. A solicitation call from (619) 373 1239 received on March 2, at or about 10:42AM
28     2. A solicitation call from (619) 373 1239 received on March 2, at or about 10:44AM

**Nationwide Mutual Insurance Company**

Plaintiff received the following solicitation calls from Nationwide Mutual Insurance Company ("Nationwide"):

1. A solicitation call from (929) 327 0799 received on March 3, at or about 6:08AM
2. A solicitation call from (631) 364 2175 received on March 3, at or about 7:39AM

**Secure Rights**

Plaintiff received the following solicitation calls from Secure Rights (a *doing business as name* for LeadPoint):

1. A solicitation call from (929) 307 0799 received on March 2, at or about 2:12PM

**Quicken Loans**

Plaintiff received the following solicitations from Quicken Loans:

1. A solicitation call from (888) 241 6243 received on March 2, at or about 3:45PM

**Home Advisor**

Plaintiff received the following solicitation calls from Home Advisor:

1. A solicitation call from (718) 575 4901 received on March 15, at or about 1:17PM

**Cinch**

Plaintiff received the following solicitation calls from Cinch:

1. A solicitation call from (718) 808 9677 received on March 2, at or about 11:02PM

**LeadPoint**

Plaintiff eventually determined that the initial text solicitation was sent on behalf of LeadPoint. Plaintiff received further text message solicitations on their behalf:

1. A solicitation text from 98673 received on March 17, 7:46AM
2. A solicitation text from 98673 received on March 24, 8:11AM
3. A solicitation text from 98673 received on April 1, 7:56AM

1  Each text message was identical and led to the same *homeequityquiz.com* URL. Plaintiff investigated the
2  URL http://370.bz/3/0AQJ-1HGPGR in the text solicitations and determined that URL to be redirected to
3  a lengthy URL on a *b.link* domain, probably for customer engagement and tracking purposes.
4  The lengthy *b.link* URL was then redirected to a lengthy URL on a *c.data3300.com* domain, which is
5  LeadPoint branded URL. The lengthy URL on the *c.data3300.com* domain is then finally forwarded to a
6  URL on the *homeequityquiz.com* ("HEQ") website.
7  Eventually, Plaintiff noticed very small, white text on a gray background on the HEQ website that admits
8  "HomeEquityQuiz is owned by LeadPoint Inc."
9  By March 7, Plaintiff was quite fed up with the situation and on that day sent LeadPoint the following
10 message:

11 "Hello, you have obtained my number (718) 710 5784. I do not wish to receive any sales or
12 marketing calls or text messages or voicemails from you or your clients or your customers or
13 your affiliates or your partners. Please place my number (718) 710 5784 on your do-not-call list.
14 Thank you,
15 Nathen"

16                                                      **Relief**

17 Plaintiff contends that each Defendant is jointly and severally liable for all solicitation calls and texts sent
18 to Plaintiff. Each Defendant sent a solicitation call or text to Plaintiff, or solicitation calls and texts were
19 made on their behalf.

20 Defendants violated Washington State and Federal law by using an automated telephone dialing and
21 announcing device to engage in telephone solicitation of Plaintiff. Defendants violated Washington
22 State law by placing a solicitation call to him before 8AM.

23 Plaintiff prays for all possible damages, in law and in equity, statutory, real, and punitive, that he might
24 entitled too. These damages include but are not limited to court costs and attorney fees.

25 Plaintiff asks for treble damages under federal law and the Washington State Unfair Business Practices
26 Act.

27 I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true
28 and correct.

29
30 Signed at Vancouver, WA on _4/21/2021_ .

1.
2.
3. _____  Nathen Barton
4. Signature
5.
6.
7. Nathen Barton
8. (718) 710-5784
9. 4618 NW 11th Cir
10. Vancouver WA 98607