FILED _____ LODGED
RECEIVED

JUN 07 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NATHEN BARTON,

                 Plaintiff

    v.

LEADPOINT INC., RELIANCE FIRST
CAPITAL LLC, LOANDEPOT LLC,
GLOBAL EQUITY FINANCE INC.,
NATIONWIDE MORTGAGE BANKERS,
INC., JOHN DOE 1-10.

              Defendant(s).

Case No.: 3:21-cv-05372-BHS-TLF

FIRST AMENDED COMPLAINT
FOR A CIVIL CASE

Jury Trial: ☒ Yes   ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff

| | |
|---|---|
| Name | Nathen Barton |
| Street Address | 4618 NW 11th Cir |
| City and County | Camas, Clark County |
| State and Zip Code | Washington 98607 |
| Telephone Number | (718) 710-5784 |

B.   Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | LeadPoint, Inc |
| Job or Title (if known) | |

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 1
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| | |
|---|---|
| Street Address | 11801 Mississippi Ave, Suite 100 |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA 90025 |
| Telephone Number | (310) 209 8600 |

Defendant No. 2

| | |
|---|---|
| Name | Reliance First Capital, LLC |
| Job or Title (if known) | |
| Street Address | 201 Old Country Road, Suite 205 |
| City and County | Melville, Suffolk County |
| State and Zip Code | NY, 11747 |
| Telephone Number | (866) 735-9004 |

Defendant No. 3

| | |
|---|---|
| Name | Global Equity Finance, Inc |
| Job or Title (if known) | |
| Street Address | 404 Camino Del Rio S Ste 300 |
| City and County | San Diego, San Diego County |
| State and Zip Code | CA, 92108 |
| Telephone Number | (800) 245-3279 |

Defendant No. 4

| | |
|---|---|
| Name | Nationwide Mortgage Bankers, Inc |
| Job or Title (if known) | |
| Street Address | 310 A Main Street |
| City and County | Lebanon |
| State and Zip Code | NJ 08833 |
| Telephone Number | 833 700 8884 |

Defendant No. 5

| | |
|---|---|
| Name | John Doe 1-10 |
| Job or Title (if known) | |
| Street Address | Unknown |

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 2
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

| | |
|---|---|
| City and County | Unknown |
| State and Zip Code | Unknown |
| Telephone Number | Unknown |

## II.   BASIS FOR JURISDICTION

Plaintiff Nathen Barton is a natural person and full time resident of Clark County, Washington.  All the acts alleged in this complaint occurred in Clark County, Washington State, during the year 2021.

Jurisdiction in this court is correct because of where Plaintiff resides, his residence is a nexus where Plaintiff suffered personal injury and invasion of privacy at the hands of the Defendants, and Plaintiff is suing in part under federal statute the Telephone Consumer Protection Act of 1991, known as the TCPA, giving rise to a lawsuit that may be brought in Federal Court pursuant to Mims v. Arrow Fin. Services, LLC.

## III.   STATEMENT OF CLAIM

Plaintiff has no business relationship with any Defendant in this Action.  To his knowledge, he has never applied for services or expressed interest with any of them, ever, and had never heard of any of the Defendants prior to the acts alleged in this Action.

Plaintiff's cell number (718) 710 5784 ("5784") has been registered on the Federal Trade Commission national do-not-call registry www.donotcall.gov more than 31 days prior to March 2, 2021.  His (718) 710 5784 cell phone service plan is limited – any phone calls or texts to that cell number diminish the remaining talk time, data transfer, and text messages the cell phone may receive during that billing period.

Plaintiff uses his cell phone with phone number (718) 710 5784 as a residential telephone subscriber.  Specifically, he obtained this phone and phone number to use in his individual

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 3
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1  capacity for non-commercial judicial branch advocacy and it is a Protected Computer as it is

2  used in a manner that affects interstate or foreign commerce or communication.

3      On or about 9:46AM, March 2, 2021, Plaintiff received a text message solicitation

4  seemingly from 98673 on his cell phone (718) 710 5784 while at his Clark County WA

5  residence.  The text said:

6      Hi Wendy,
       New mortgage program in
7      Lawrenceville!
       See your savings now.
8      http://370.bz/3/0AQJ-1HGPGR
9      TxtSTOPtoEnd

10     Plaintiff will refer to this as the "Hi Wendy" text message.  Plaintiff believes that the

11 0AQJ-1HGPGR portion of the URL http://370.bz/3/0AQJ-1HGPGR represents a customer

12 information profile with things like name (Wendy) and location (Lawrenceville), phone number

13 (718 710 5784), IP address, computer operating system type and version, and screen resolution.

14     While still at his Clark County WA residence, Plaintiff clicked the link on his cell phone

15 and was taken to webpage *homeequityquiz.com*, a website that solicits mortgage services.

16 Plaintiff looked over the *homeequityquiz.com* and could not ascertain the entity behind the

17 solicitation.

18     Plaintiff clicked on different website links, still trying to find the entity behind the

19 solicitation.  Plaintiff thought that if he clicked on links and answered questions, perhaps one of

20 the web pages would reveal the entity behind the solicitation.  Plaintiff then did and answer some

21 questions, but specifically used information completely different from the text solicitation so that

22 the website would learn he was not the "0AQJ-1HGPGR" Wendy they had solicited.

23     Two of the questions were Address and Zip Code, and Plaintiff entered "8912 NE 13th st"

24 for Address, and 98664 for ZIP Code (a real address in Vancouver Washington but Plaintiff was

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 4         NATHEN BARTON
CASE NO 2:21-CV-05372                                            4618 NW 11TH CIR
                                                                CAMAS WA 98607

1   not the owner) so that the website would see an address that did not match the "Lawrenceville"

2   in the "Hi Wendy" solicitation.

3       Plaintiff expected that by answering questions with more different answers than the

4   website was expecting, the website would realize he was not the "Wendy" for the URL link

5   profile "http://370.bz/3/0AQJ-1HGPGR" and the website would "cut to the end" and disclose the

6   entity behind the solicitation so he could tell that entity to stop texting him, or at least

7   acknowledge that  Plaintiff was not the "Wendy" they seemed to be expecting.

8       During and after answering the questions on the website, the website did not appear to

9   disclose who the entity behind the solicitation was.  The entity behind *homeequityquiz.com*

10  should have known, and had ample reason to know, that Plaintiff was not the "Wendy" they were

11  looking for, and to not telephone solicit Plaintiff.

12      However, apparently because of interacting with *homeequityquiz.com*, Plaintiff's 5784

13  cell phone started ringing with further unwanted solicitations.  Plaintiff received the following

14  further solicitations without his consent, all on his cell phone with phone number (718) 710

15  5784.  Most, and to Plaintiff's recollection, all, of the following phone calls were received by

16  Plaintiff while at his Clark County WA residence.

17                          **Reliance First Capital**

18      Plaintiff received the following mortgage solicitation calls from Reliance First Capital LLC

19  ("Reliance"), all on his cell phone with phone number (718) 710 5784:

20      1.  A solicitation call from (877) 271 3082 received on March 2, at or about 12:50PM

21      2.  A solicitation call from (516) 566 4014 received on March 3, at or about 12:21PM

22      3.  A solicitation call from (516) 566 4014 received on March 8, at or about 12:36PM

23      4.  A solicitation call from (564) 397-2424 received on March 8, at or about 3:59PM

24      5.  A solicitation call from (564) 397-2424 received on March 8, at or about 4:00PM

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 5
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

6. A solicitation call from (516) 566 4014 received on March 9, at or about 12:13PM

7. A solicitation call from (877) 271 3082 received on March 29, at or about 8:40AM

8. A solicitation call from (877) 271 3082 received on April 14, at or about 1:10PM

**Loan Depot**

Plaintiff received the following mortgage solicitation calls from LoanDepot.com LLC

("LoanDepot") all on his cell phone with phone number (718) 710 5784:

1. A solicitation call from (855) 807 9606 received on March 2, at or about 10:43AM

2. A solicitation call from (855) 807 9606 received on March 2, at or about 10:58AM

3. A solicitation call from (855) 807 9606 received on March 2, at or about 11:15AM

4. A solicitation call from (855) 807 9606 received on March 2, at or about 11:48AM

5. A solicitation text from (949) 595 7108 received on March 2, at or about 12:13PM

6. A solicitation call from (877) 533 6619 received on March 4, at or about 2:44PM

7. A solicitation call from (877) 533 6619 received on March 4, at or about 2:45PM

8. A solicitation call from (877) 533 6619 received on March 5, at or about 8:51AM

**Global Equity Finance**

Plaintiff received the following mortgage solicitation calls from Global Equity Finance Inc

("Global"), both on his cell phone with phone number (718) 710 5784:

1. A solicitation call from (619) 373 1239 received on March 2, at or about 10:42AM

2. A solicitation call from (619) 373 1239 received on March 2, at or about 10:44AM

**Nationwide Mortgage Bankers**

Plaintiff received the following telephone solicitation calls from Nationwide Mortgage

Bankers, Inc. ("Nationwide"), both on his cell phone with phone number (718) 710 5784:

1. A solicitation call from (929) 327 0799 received on March 3, at or about 6:08AM

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 6
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

2. A solicitation call from (631) 364 2175 received on March 3, at or about 7:39AM

## Secure Rights

Plaintiff received the following telephone solicitation call from Secure Rights (a *doing business as* name for LeadPoint) on his cell phone with phone number (718) 710 5784:

1. A solicitation call from (929) 307 0799 received on March 2, at or about 2:12PM

## Quicken Loans

Plaintiff received the following solicitations from Quicken Loans on his cell phone with phone number (718) 710 5784:

1. A solicitation call from (888) 241 6243 received on March 2, at or about 3:45PM

## Home Advisor

Plaintiff received the following solicitation call from Home Advisor on his cell phone with phone number (718) 710 5784:

1. A solicitation call from (718) 575 4901 received on March 15, at or about 1:17PM

## Cinch

Plaintiff received the following solicitation calls from Cinch:

1. A solicitation call from (718) 808 9677 received on March 2, at or about 11:02PM

## LeadPoint

Days after receiving the March 2, 2021 text solicitation "Hi Wendy", Plaintiff eventually figured out this message was sent from or on behalf of LeadPoint. Plaintiff deduced this by investigating the URL http://370.bz/3/0AQJ-1HGPGR in the "Hi Wendy" solicitation and determined that URL to be redirected to a lengthy URL on a *b.link* domain, probably for customer engagement and tracking purposes.

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 7
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    The lengthy *b.link* URL was then redirected to a lengthy URL on a *c.data3300.com*

2  domain, which is LeadPoint branded URL.  The *c.data3300.com* domain is the first time Plaintiff

3  saw LeadPoint's name involved with *homeequityquiz.com.*

4    The lengthy URL on the *c.data3300.com* domain is then finally forwarded to a URL on

5  the *homeequityquiz.com* ("HEQ") website.

6  Eventually, Plaintiff noticed very small, white text on a gray background on the HEQ website

7  that admits "HomeEquityQuiz is owned by LeadPoint Inc."

8    Plaintiff received four further text message solicitations from or on behalf of LeadPoint, all

9  on his cell phone with phone number (718) 710 5784:

10    1.  A solicitation text from 98673 received on March 17, at 7:46AM, 2021.

11    2.  A solicitation text from 98673 received on March 24, at 8:11AM, 2021.

12    3.  A solicitation text from 98673 received on April 1, at 7:56AM, 2021.

13    4.  A solicitation text from 98673 received on April 20, at 7:36AM, 2021.

14    Each text message was identical and led to the same *homeequityquiz.com* URL.

15  By March 7, Plaintiff was highly agitated by all the phone calls, particularly the early AM hour

16  phone calls, and on that day sent LeadPoint the following do-not-call ("DNC") message via their

17  communication portal www.leadpoint.com/contact/:

18    "Hello, you have obtained my number (718) 710 5784.  I do not wish to receive any sales
19    or marketing calls or text messages or voicemails from you or your clients or your
      customers or your affiliates or your partners.  Please place my number (718) 710 5784 on
20    your do-not-call list.
      Thank you,
21    Nathen"

22  Plaintiff has screen shots of this message and that it was successfully submitted to

23  LeadPoint.  This message did not end the solicitation phone calls to 5784 from LeadPoint and

24  LeadPoint's clients or customers or affiliates, or partners.

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 8          NATHEN BARTON
CASE NO 2:21-CV-05372                                             4618 NW 11TH CIR
                                                                 CAMAS WA 98607

1                                           **29 total calls**

2         This case is about 29 total telephone solicitation phone calls that should be split into three

3 groups – 1 call, 17 calls, and 11 calls.

4             1 Call:           Plaintiff's number was registered on the Federal Trade Commission do-

5                                  not-call-list registry more than 31 days before the first "Hi Wendy"

6                                  solicitation call on 3/2/2021.

7          17 Calls:        Plaintiff interacted with the website *homeequityquiz.com* and received 17

8                                more telemarketing calls.

9          11 Calls:        On March 7, 2021, Plaintiff sent LeadPoint a *do-not-call-me*, *put-me-on-*

10                           *your-do-not-call-list* ("DNC") message that certainly would have revoked

11                            any consent the Defendants might think they had to telephone solicit

12                            Plaintiff.  Defendants placed 11 more solicitation calls to Plaintiff after he

13                          sends his March 7 DNC request to LeadPoint.

14                        **IV.**     **RELIEF**

15         The Ninth Circuit has held that "a text message is a call within the meaning TCPA."

16 *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 952 (9th Cir. 2009).

17         Plaintiff contends that because LeadPoint is in the data collection business, and the

18 Defendants have a business relationship to by which Plaintiff's information was passed from

19 LeadPoint to the other Defendants in exchange for financial compensation, each Defendant is

20 jointly and severally liable for all solicitation calls and text messages sent to Plaintiff's cell

21 phone with phone number (718) 710 5784.

22         Each Defendant sent multiple solicitation calls or texts to Plaintiff, or solicitation calls

23 and texts were made on their behalf.

24

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 9         NATHEN BARTON
CASE NO 2:21-CV-05372                                       4618 NW 11TH CIR
                                                                     CAMAS WA 98607

1    Defendants violated the TCPA 47 U.S.C. 227(c)(5) by soliciting him on his cell phone

2  while he was registered on the FTC do-not-call list.

3    Defendants violated Telemarketing Sales Rule §310.4(b)(iii)(A) and §310.4(b)(iii)(B) by

4  placing solicitation phone calls to Plaintiff while he was registered on the FTC do-not-call list,

5  and after Plaintiff specifically asked LeadPoint to stop themselves and "your clients or your

6  customers or your affiliates or your partners" from calling and texting Plaintiff.

7    Defendants violated Telemarketing Sales Rule §310.4(c) by placing solicitation phone

8  calls to Plaintiff after 9PM and before 8AM in the Pacific Time Zone.

9    Defendants violated Telemarketing Sales Rule §310.3(4)(b) by making a false or

10 misleading statement to induce Plaintiff to pay for goods or services.  Plaintiff believes the "Hi

11 Wendy" text messages are blasted out in volume without any regard to whether there is a "New

12 Mortgage Program" to induce the message recipients to pay for mortgage services.

13   Defendants violated Telemarketing Sales Rule §310.3(4)(b) by making a false or

14 misleading statement to induce Plaintiff to pay for goods or services.  Plaintiff did not see any

15 evidence that any consumer could "See your savings now" by clicking on the link

16 http://370.bz/3/0AQJ-1HGPGR.

17   Plaintiff believes it is reasonable to infer that LeadPoint acquired the address information

18 "8912 NE 13th st" and ZIP Code "98664" before Defendants' telephone solicited Plaintiff in a

19 way that gave rise to a private cause of action as alleged in this Complaint.  Therefore, Plaintiff

20 believes Defendants should be held accountable for Washington State telemarketing laws.

21   Defendants violated Washington State RCW 19.158.040 by placing solicitation phone

22 calls to Plaintiff after 9PM and before 8AM in the Pacific Time Zone.

23

24

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 10
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    Defendants violated Washington State RCW 19.158.150 by soliciting Plaintiff on his cell

2  phone while they were not registered on with the Washington State department of Licensing, or

3  while working on behalf of an unregistered commercial telephone solicitor.

4    Washington State RCW 80.36.390(3) says

5      If, at any time during the telephone contact, the called party states or indicates that
        he or she does not wish to be called again by the company or organization or
6      wants to have his or her name and telephone number removed from the telephone
        lists used by the company or organization making the telephone solicitation, then:
7      (a) The company or organization shall not make any additional telephone
        solicitation of the called party at that telephone number within a period of at least
8      one year;

9    Plaintiff believes that his March 7, 2021 DNC request is sufficient to trigger protection

10  under RCW 80.36.390(3) for the 11 solicitation calls placed to Plaintiff after March 7, 2021.

11    Washington State RCW 19.158.110(2) says:

12      If at any time during the telephone contact, the purchaser states or indicates that
        he or she does not wish to be called again by the commercial telephone solicitor
13      or wants to have his or her name and individual telephone number removed from
        the telephone lists used by the commercial telephone solicitor:
14      (a) The commercial telephone solicitor shall not make any additional commercial
        telephone solicitation of the called party at that telephone number within a period
15      of at least one year;
16

17    Plaintiff believes that his March 7, 2021 DNC request is sufficient to trigger protection

18  under RCW 19.158.110(2) for the 11 solicitation calls placed to Plaintiff after March 7, 2021.

19    Plaintiff alleges that it is an unfair trade practice under Washington State RCW 19.86.020

20  that LeadPoint sent Plaintiff the February 2, 2021 "Hello Wendy" text message without

21  disclosing the sender in the text message, or the name of the sender being easily seen after

22  clicking the link in the text message, and then using Plaintiff's clicking on links and interacting

23  with the website as consent to send further telephone solicitations to Plaintiff.

24

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 11          NATHEN BARTON
CASE NO 2:21-CV-05372                                             4618 NW 11TH CIR
                                                                 CAMAS WA 98607

1        Plaintiff asks for treble damages under TCPA 47 U.S.C. 227(c)(5) and the presumption

2    that violations of Washington State RCW 19.158 triple damages under the Washington State

3    Unfair Business Practices Act.

4        Plaintiff prays for all possible damages, in law and in equity, statutory, real, and punitive,

5    that he might be entitled too.  These damages include but are not limited to court costs and

6    attorney fees.

7              **V.    CERTIFICATION AND CLOSING**

8        Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

9    knowledge, information, and belief that this complaint: (1) is not being presented for an improper

10   purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

11   (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

12   reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

13   identified, will likely have evidentiary support after a reasonable opportunity for further

14   investigation or discovery; and (4) the complaint otherwise complies with the requirements of

15   Rule 11.

16       I agree to provide the Clerk's Office with any changes to my address where case-related

17   papers may be served. I understand that my failure to keep a current address on file with the

18   Clerk's Office may result in the dismissal of my case.

19       Date of signing:         6/3/2021

20       Signature of Plaintiff

21       Printed Name of Plaintiff     Nathen Barton

22

23

24

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 12
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607