# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W BARTON,<br><br>               Plaintiff,<br>   v.<br><br>LEADPOINT INC, RELIANCE FIRST CAPITAL LLC, GLOBAL EQUITY FINANCE INC, NATIONWIDE MUTUAL INSURANCE COMPANY, LOANDEPOT.COM LLC,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 3:21-cv-5372-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has Ordered that:

The Report and Recommendation is adopted. Plaintiff's first amended complaint is DISMISSED with prejudice.

Dated: 1/13/2022

Ravi Subramanian
Clerk of Court

s/ Ann Duke
Deputy Clerk