**HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NATHEN BARTON, <br><br> Plaintiff, <br><br> vs. <br><br> LEADPOINT INC., RELIANCE FIRST CAPITAL LLC, LOANDEPOT LLC, GLOBAL EQUITY FINANCE INC., NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:21-cv-05372-BHS-TLF <br><br> **STIPULATION FOR EXTENSION OF TIME FOR LEADPOINT, INC. AND RELIANCE FIRST CAPITAL, LLC TO FILE THEIR MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> **NOTE ON MOTION CALENDAR: JANUARY 25, 2022** |

**STIPULATION**

Plaintiff Nathen Barton ("Plaintiff") and Defendants LeadPoint, Inc. ("LeadPoint") and Reliance First Capital, LLC ("Reliance") (collectively the "Parties"), hereby stipulate and agree as follows:[1]

WHEREAS, this Court entered an Order and Judgment on January 13, 2022;

---

[1] Counsel for LeadPoint and Reliance have confirmed that the content of this document is acceptable to Plaintiff and have obtained his authorization to include his electronic signature.

STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS - 1
CASE NO. 2:20-cv-00894-JCC

**MINTZ**
2029 CENTURY PARK EAST, SUITE 3100
LOS ANGELES, CALIFORNIA 90067
(310) 586-3200

WHEREAS, pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i), LeadPoint and Reliance currently have until January 27, 2022 to file a motion seeking attorneys' fees and related nontaxable expenses;

WHEREAS, on Friday January 21, 2022, the Parties met and conferred regarding LeadPoint and Reliance's forthcoming motion for attorneys' fees and related nontaxable costs;

WHEREAS, the Parties are continuing to meet and confer to discuss potential resolution of the forthcoming motion, and respectfully ask this Court for an extension through and including February 4, 2022 for LeadPoint and Reliance to file their motion for attorneys' fees and related nontaxable costs;

WHEREAS, the Parties respectfully submit that good cause exists for the requested extension. If the Parties are able to reach an agreement, the extension would reduce further attorneys' fees and time spent litigating the case and could result in the Court not having to expend resources resolving the motion.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, that LeadPoint and Reliance may have until, and including, February 4, 2022 to file a motion for attorneys' fees and related nontaxable costs.

RESPECTFULLY SUBMITTED this 25th day of January, 2022.

Dated: January 26, 2022

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

*/s/ Esteban Morales*
Esteban Morales (Admitted *pro hac vice*)

*/s/ Matthew J. Novian*
Matthew J. Novian (Admitted *pro hac vice*)

2029 Century Park East, Suite 3100
Los Angeles, California 90067
Telephone: (310) 586-3200
E-mail:  emorales@mintz.com;
  mjnovian@mintz.com

STIPULATION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS - 2
CASE NO. 2:20-cv-00894-JCC

**MINTZ**
2029 CENTURY PARK EAST, SUITE 3100
LOS ANGELES, CALIFORNIA 90067
(310) 586-3200

Dated: January 26, 2022

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone:   (206) 452-0260
Facsimile:    (206) 397-3062
E-mail:        riojas@goldfarb-huck.com

*Attorneys for Defendants LeadPoint, Inc. and Reliance First Capital, LLC*

Dated: January 26, 2022

      /S/ NATHEN BARTON
Nathen Barton
4618 NW 11th Cir
Camas WA 98607
E-mail:FarmersBranch2014@gmail.com

STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS - 3
CASE NO. 2:20-cv-00894-JCC

**MINTZ**
2029 CENTURY PARK EAST, SUITE 3100
LOS ANGELES, CALIFORNIA 90067
(310) 586-3200

# **ORDER**

Pursuant to the above stipulation, **IT IS SO ORDERED**.

DATED this 26th day of January, 2022.

          _(signature)_
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

*/s/ Esteban Morales*
Esteban Morales (Admitted *pro hac vice*)

*/s/ Matthew J. Novian*
Matthew J. Novian (Admitted *pro hac vice*)

2029 Century Park East, Suite 3100
Los Angeles, California 90067
Telephone: (310) 586-3200
E-mail:         emorales@mintz.com;
                    mjnovian@mintz.com

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone:     (206) 452-0260
Facsimile:      (206) 397-3062
E-mail:          riojas@goldfarb-huck.com

Counsel for Defendants LeadPoint, Inc. and
Reliance First Capital, LLC

STIPULATION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS - 4
CASE NO. 2:20-cv-00894-JCC

**MINTZ**
2029 CENTURY PARK EAST, SUITE 3100
LOS ANGELES, CALIFORNIA 90067
(310) 586-3200

1 /S/ NATHEN BARTON
Nathen Barton
2 4618 NW 11th Cir.
Camas WA 98607
3 E-mail:FarmersBranch2014@gmail.com

STIPULATION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS - 5
CASE NO. 2:20-cv-00894-JCC

**MINTZ**
2029 CENTURY PARK EAST, SUITE 3100
LOS ANGELES, CALIFORNIA 90067
(310) 586-3200

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties. I also caused the foregoing document to be emailed and sent via First Class Mail to Plaintiff at the following address:

Nathen Barton
4618 NW 11th Cir.
Camas, WA 98607
Email: farmersbranch2014@gmail.com

          */s/ Matthew J. Novian*
          Matthew J. Novian (*admitted pro hac vice*)

STIPULATION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS - 6
CASE NO. 2:20-cv-00894-JCC

**MINTZ**
2029 CENTURY PARK EAST, SUITE 3100
LOS ANGELES, CALIFORNIA 90067
(310) 586-3200