THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON TACOMA DIVISION

| | |
|---|---|
| NATHEN BARTON,<br><br>        Plaintiff,<br><br>v.<br><br>LEADPOINT INC., RELIANCE FIRST CAPITAL LLC. LOANDEPOT LLC, GLOBAL EQUITY FINANCE INC., NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | No. 3:21-cv-05372-BHS<br><br>**NOTICE OF APPEARANCE** |

**TO:**      The Clerk of the above-entitled Court and;

**AND TO:**  Defendants and their counsel, Esteban Morales and Matthew J. Novian, MINTZ, 2029 Century Park East, Suite 3100, Los Angeles, CA 90067 and R. Omar Riojas, 925 Fourth Ave., Ste. 3950, Seattle, WA 98104

YOU AND EACH OF YOU, PLEASE TAKE NOTICE that Jesse Conway, of Conway Law, PLLC does hereby appear in the above-entitled action as attorney of record for Defendant, Nathen Barton. This appearance is made without waiving any question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;

NOTICE OF APPEARANCE
Page 1 of 2

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
Phone: (360)-906-1007
Facsimile: (360) 906-8155

4. Insufficiency of process;

5. Insufficiency of service of process;

6. Failure to state a claim upon which relief may be granted; and

7. Failure to join a party under Rule 19.

You are hereby further notified that all further papers and pleadings, except original process be served upon the undersigned attorney at the address below stated.

DATED this 7TH day of February, 2022.

By _____
Jesse Conway, WSBA #41677
Attorney for Plaintiff

NOTICE OF APPEARANCE
Page 2 of 2

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
Phone: (360)-906-1007
Facsimile: (360) 906-8155

# DECLARATION OF SERVICE

I declare that I caused true and correct copies of the NOTICE OF APPEARANCE to be served on the following:

Esteban Morales
Matthew J. Novian
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
emorales@mintz.com
mjnovian@mintz.com
*Of Attorneys [admitted Pro Hac Vice] for Defendants LeadPoint, Inc. and Reliance First Capital, LLC*

R. Omar Riojas
GOLDFARB & HUCK ROTH RIOJAS, PLLC.
925 Fourth Ave., Ste. 3950
Seattle, WA 98104
riojas@goldfarb-huck.com
*Attorney for Defendants LeadPoint, Inc. and Reliance First Capital, LLC*

by the following indicated method or methods:

__X__  by **Mailing** a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys' as shown above, the last-known office address of the attorneys, and deposited with the United States Postal Service at Vancouver, WA on the date set forth below.

__X__  **CM/ECF NOTICE OF ELECTRONIC FILING**: I caused the foregoing document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

_____  by e-mailing a full, true and correct copy thereof to the attorney at the email address shown above, which is the last-known email address for the attorney's office, on the date set forth below.

DATED this 7th day of February, 2022.

By _____Tamara Manley_____
Tamara Manley,
Paralegal to Jesse D. Conway,
*Attorney for Plaintiff*

DECLARATION OF SERVICE
Page 1 of 1

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA  98660
Phone: (360) 906-1007
Facsimile: (360) 906-8155