# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF _Western Washington at Tacoma_

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 3:21-cv-05372-BHS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 05/19/2021

Date of judgment or order you are appealing: | 01/13/2022

Docket entry number of judgment or order you are appealing: | 52, 53

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nathen Barton

Is this a cross-appeal?  ○ Yes   ⦿ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

4618 NW 11th Cir

City: Camas   State: WA   Zip Code: 98607

Prisoner Inmate or A Number (if applicable):

Signature: _[signature]_   Date: 2/14/2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                          Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Nathen Barton

Name(s) of counsel (if any):

Address: 4618 NW 11th Cir Camas WA 98607
Telephone number(s): 469 347 2139
Email(s): bluewind33@protonmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
LeadPoint, Inc

Name(s) of counsel (if any):
Esteban Morales and Matthew J. Novian

Address: 2029 Century Park East, Suite 3100 Los Angeles, California 90067
Telephone number(s): (310) 586-3200
Email(s): emorales@mintz.com; mjnovian@mintz.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Reliance First Capital, LLC

Name(s) of counsel (if any):
R. Omar Riojas

Address: 925 Fourth Avenue, Suite 3950 Seattle, WA 98104

Telephone number(s): (206) 452-0260

Email(s): riojas@goldfarb-huck.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    2                           New 12/01/2018