THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON TACOMA DIVISION

| | |
|---|---|
| NATHEN BARTON,<br><br>        Plaintiff,<br><br>v.<br><br>LEADPOINT INC., RELIANCE FIRST CAPITAL LLC. LOANDEPOT LLC, GLOBAL EQUITY FINANCE INC., NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>        Defendants. | No. 3:21-cv-05372-BHS<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

TO:      THE CLERK OF THE COURT;

AND TO:  All parties.

## MOTION

YOU AND EACH OF YOU, PLEASE TAKE NOTICE that Jesse D. Conway, of Conway Law, PLLC does hereby moves this court for an order allowing him and his firm to withdraw as attorney of records for Plaintiff Nathen Barton ("Plaintiff"), in the above-entitled matter.

All further notices from the court should be sent directly to Plaintiff at the following addresses:

MOTION FOR WITHDRAWAL OF COUNSEL
Page 1 of 2

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
Phone: (360)-906-1007
Facsimile: (360) 906-8155

Nathen Barton

4618 NW 11th Cir

Camas, WA 98607

Attorneys may withdraw from representation in a civil case by filing a motion or stipulation for withdrawal and certifying that the motion or stipulation was served on the client:

> … No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal or, if appropriate, by complying with the requirement of CrR 5(g). A motion for withdrawal shall be noted in accordance with LCR 7(d)(3) or CrR 12(c)(7) and shall include a certification that the motion was served on the client and opposing counsel.

LCR 83.2(b)(1).

In accordance with the rules of this Court, it is hereby certified that Plaintiff has been advised by Mr. Conway that Plaintiff must be represented by legal counsel.

## CONCLUSION

Based on the foregoing, Mr. Conway respectfully requests the Court grant his Motion to Withdraw and issue an Order permitting such withdrawal.

DATED this 12 of February, 2022.

By: _____
Jesse D. Conway, WSBA #41677
*Withdrawing Attorney for Plaintiff*

MOTION FOR WITHDRAWAL OF COUNSEL
Page 2 of 2

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
Phone: (360)-906-1007
Facsimile: (360) 906-8155

## DECLARATION OF SERVICE

I declare that I caused true and correct copies of the NOTICE OF WITHDRAWAL to be served on the following:

Esteban Morales
Matthew J. Novian
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
emorales@mintz.com
mjnovian@mintz.com
*Of Attorneys [admitted Pro Hac Vice] for Defendants LeadPoint, Inc. and Reliance First Capital, LLC*

R. Omar Riojas
GOLDFARB & HUCK ROTH RIOJAS, PLLC.
925 Fourth Ave., Ste. 3950
Seattle, WA 98104
riojas@goldfarb-huck.com
*Attorney for Defendants LeadPoint, Inc. and Reliance First Capital, LLC*

by the following indicated method or methods:

__X__  by **Mailing** a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys' as shown above, the last-known office address of the attorneys, and deposited with the United States Postal Service at Vancouver, WA on the date set forth below.

__X__  **CM/ECF NOTICE OF ELECTRONIC FILING**: I caused the foregoing document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

____  by e-mailing a full, true and correct copy thereof to the attorney at the email address shown above, which is the last-known email address for the attorney's office, on the date set forth below.

DATED this 14th day of February, 2022.

By _/s/ Tamara Manley_
Tamara Manley,
Paralegal to Jesse D. Conway,
*Withdrawing Attorney for Plaintiff*

NOTICE OF WTHDRAWAL
Page 2 of 2

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
Phone: (360)-906-1007
Facsimile: (360) 906-8155