**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON TACOMA DIVISION**

| | |
|---|---|
| NATHEN BARTON, | No. 3:21-cv-05372-BHS |
| Plaintiff, | **[PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL** |
| v. | |
| LEADPOINT INC., RELIANCE FIRST CAPITAL LLC. LOANDEPOT LLC, GLOBAL EQUITY FINANCE INC., NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

This matter comes before the Court on the Motion for Withdrawal of Counsel.

IT IS ORDERED that the motion of Plaintiff's attorney, Jesse D. Conway of Conway Law, PLLC, for an Order allowing him and his firm to withdraw as attorney of record for Plaintiff is GRANTED.

_____

**[PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**
Page 1 of 2

Submitted by:

*/s/ Jesse D. Conway*
Jesse D. Conway, WSBA# 41677
*Withdrawing Attorney for Plaintiff*

[PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL
Page 2 of 2

Conway Law, PLLC
1014 Franklin Street, Suite 106
Vancouver, WA 98660
Phone: (360)-906-1007
Facsimile: (360) 906-8155