Honorable Benjamin H. Settle

FILED _____ LODGED
_____ RECEIVED

FEB 28 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>             Plaintiff<br><br>v.<br><br>LEADPOINT INC., RELIANCE FIRST CAPITAL LLC, LOANDEPOT.COM LLC, GLOBAL EQUITY FINANCE INC., NATIONWIDE MORTGAGE BANKERS, INC., JOHN DOE 1-10<br> Defendants. | CASE NO. 3:21-cv-05372<br><br>RESPONSE TO LEADPOINT INC.'S MOTION TO TAX COST COVER LETTER |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Please find Plaintiff's Response to Defendants' Docket 60. I am unable to file this through the PACER system.

DATED: February 22, 2022

*[signature]*

Nathen Barton
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

COVER LETTER – AMENDED COMPLAINT & NOTICE OF WITHDRAWAL - 1
CASE NO 2:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Honorable Benjamin H. Settle



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　　　Plaintiff<br>　　v.<br><br>LEADPOINT INC., & RELIANCE FIRST CAPITAL LLC<br>　　　　　　Defendants. | CASE NO. 3:21-cv-05372-BHS<br><br>RESPONSE TO LEADPOINT INC.'S MOTION TO TAX COSTS |

PLEASE TAKE NOTICE that Plaintiff Nathen Barton responds to LeadPoint, Inc.'s ("LeadPoint") Motion to Tax Costs, Dkt. 60.

### Pro Hac Vice Fees Should be Denied

LeadPoint cites the 2012 District Court decision *Coble v. Renfroe* to claim "Costs incurred filing pro hac vice applications are recoverable." Dkt. 60, 2:11:13.

However, in a December 19, 2013 opinion, *Kalitta Air L.L.C. v. Central Texas Airborne System Inc.*, the US Court of Appeals for the Ninth Circuit held that an attorney's pro hac vice admission fees were not authorized under 28 U.S.C. § 1920, and overturned a lower court's award of these costs. (No. 13-15015, (9th Cir. Dec. 19, 2013)).

LeadPoint's request of $476 in pro hac vice fees should be denied.

### The $45.18 and $9.80 Fees Should be Denied

RESPONSE TO DKT 60 – MOTION TO TAX COSTS - 1
CASE NO 3:21-CV-05372

NATHEN BARTON
4618 NW 11ᵀᴴ CIR
CAMAS WA 98607

1    LeadPoint asks for $45.18 for "securing an extension and submitting a notice of
appearance in state court". Dkt. 60, 2:16:17.

Section 1920 provides:

A judge or clerk of any court of the United States may tax as costs the following:

    (1)    Fees of the clerk and marshal;

    (2)    Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

    (3)    Fees and disbursements for printing and witnesses;

    (4)    Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

    (5)    Docket fees under section 1923 of this title;

    (6)    Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

28 U.S.C. § 1920(l)-(6).

Nothing in 28 U.S.C. § 1920(l)-(6) matches with the cost to "securing an extension and submitting a notice of appearance in state court" and the request for $45.18 should be denied.

Similarly, the $9.80 mailing cost (Id at 2:17) for "for serving the Notice of Removal on the parties" is also not found in § 1920 and should be denied.

## Conclusion

LeadPoint is only entitled to its $402 removal fee and all other costs should be denied.

DATED: February 22, 2022

_____
Nathen Barton
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I mailed the foregoing to the Defendant's counsel of record.

Executed on February 22, 2022.

/s/ Nathen Barton
Nathen Barton

RESPONSE TO DKT 60 – MOTION TO TAX COSTS - 3
CASE NO 3:21-CV-05372

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Nathen Barton
4618 NW 11th Cir
Camas WA 98607

FILED ___ LODGED
___ RECEIVED
FEB 28 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

9414236324 0007

US District Court
1717 Pacific Ave
Tacoma WA 98402



