# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W BARTON,<br><br>    Plaintiff,<br><br>v.<br><br>LEADPOINT INC, RELIANCE FIRST CAPITAL LLC, GLOBAL EQUITY FINANCE INC, NATIONWIDE MUTUAL INSURANCE COMPANY, LOANDEPOT.COM LLC,<br><br>    Defendants. | **AMENDED JUDGMENT**<br><br>Case No. 3:21-cv-5372-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has Ordered that:

Defendants Leadpoint, Inc. and Reliance First Capital LLC's Motion for Attorneys' Fees (Dkt. 61), is GRANTED in the amount of $40,000.00.

Dated: 5/31/2022

Ravi Subramanian
Clerk of Court

s/ Z. George
Deputy Clerk