Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NATHEN BARTON,

                    Plaintiff

v.

LEADPOINT INC., & RELIANCE FIRST
CAPITAL LLC

                    Defendants.

CASE NO. 3:21-cv-05372-BHS

DECLARATION  OF DIANA
BARTOLME IN SUPPORT OF
PLAINTIFF'S MOTION FOR
RECONSIDERATION OF ORDER
GRANTING ATTORNEYS FEES

My name is Diana Bartolme  and I am a resident of Camas, Washington.  I am over the age of eighteen, and otherwise competent to be a witness in this matter.  Except as expressly set forth herein, I make the following statements based in my personal capacity and based on my personal knowledge.

1.      In or about August 2021, I met Plaintiff Nathen Barton ("Nathen") while on a hike.

2.      Nathen discussed with me his experiences with telemarketers and I was impressed by his knowledge and experience regarding the Telemarketing Consumer Protection Act ("TCPA").

3.      I have worked in strategic marketing for over ten (10) years and have experience in new product launches and growth-stage marketing campaigns.  Over the past few years, I have worked as a freelance marketer for startup companies, under the name DB Product Marketing Services.

4.      After my discussions with Nathen, I saw an opportunity for me to prepare a website that I could use in my portfolio.  I, therefore, created a sample website regarding TCPA for my own use in promoting my marketing business.

5.      All language and content on the website I created (tcpauniveristy.com) were my inventions used to educate and motivate potential audiences.  Specifically, Nathen never actually said "I have been taking telemarketing companies like this to court one phone number at a time, resulting in enormous compensation for the damages. I'm talking several tens of thousands of U.S. dollars . . . and it keeps coming."  All quotes used on the website were, and are, invented by me with the intent to personify the brand with fictional characters.

6.      Nathen never had access to the website's content while it was in development nor after its release.  The website has always been owned by me and controlled by my own web hosting and web publishing accounts.

7.      Nathen did not hire me to prepare the tcpauniversity.com website, did not determine the content of the website, and I never received any compensation from Nathen for any work.

8.      After I created the sample website, Nathen expressed to me that he was not personally interested in such a website.  Since Nathen was not interested in pursuing such a website, I initially took it offline.

DECLARATION OF DIANA BARTOLME IN
SUPPORT OF PLAINTIFF'S MOTION FOR
RECONSIDERATION OF ORDER GRANTING
ATTORNEYS FEES - 2/3

9.     The website is currently online again with my made-up quotes removed and with the following disclaimer reflecting the website's sole purpose: "This website is being used for demonstrative purposes only."

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.


_____*/s/ Diana Bartolme*_____          ____6/10/2022____
        Signed Diana Bartolme                                               Date

Signed in Camas, Clark County, Washington

DECLARATION OF DIANA BARTOLME IN
SUPPORT OF PLAINTIFF'S MOTION FOR
RECONSIDERATION OF ORDER GRANTING
ATTORNEYS FEES - 3/3