UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEADPOINT, INC., et al.,<br><br>    Defendants. | CASE NO. C21-5372 BHS<br><br>ORDER |

THIS MATTER is before the Court on Plaintiff Nathen Barton's Motion for Reconsideration, Dkt. 79, and his Amended Motion for Reconsideration, Dkt. 80, of the Court's Order granting Defendant LeadPoint's motion for attorneys' fees, Dkt. 76. Barton argues that his consent to receive calls was effectively revoked and that the Court's reliance on his "TCPA University" website was erroneous because Barton did not operate or authorize that website. The latter argument is based on new evidence.

Under Local Rule 7(h)(3), the Court cannot grant a motion for reconsideration unless the opposing party has an opportunity to file a response. The Court therefore **REQUESTS** that LeadPoint file a Response to Barton's Motion. It should do so within

ORDER - 1

1   14 days and it should not exceed 12 pages. Barton may file a short Reply (fewer than 6

2   pages) within 7 days of receiving the Response.

3       Barton's initial Motion for Reconsideration, Dkt. 79, is **DENIED as moot** in light

4   of his Amended Motion, Dkt. 80. The Amended Motion is **RE-NOTED** for July 15,

5   2022.

6       IT IS SO ORDERED.

7       Dated this 15th day of June, 2022.

        BENJAMIN H. SETTLE
        United States District Judge

ORDER - 2