The Honorable Judge Benjamin H. Settle

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

NATHEN BARTON,
Plaintiff

v.

LEADPOINT INC., & RELIANCE FIRST CAPITAL LLC
Defendants.

CASE NO. 3:21-cv-05372-BHS

PLAINTIFF'S NOTICE OF APPEAL OF JULY 29, 2022 COURT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DCK# 87), AND MAY 31, 2022 COURT ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES (DCK#76)

**PLEASE TAKE NOTICE** that pursuant to Fed. R. App. P. 3 the above captioned Plaintiff, hereby appeals to the United States Court of Appeals for the 9th Circuit. The Plaintiff herein appeal the United States District Court for the Western District of Washington:

**(1) July 29, 2022** Court Order denying Plaintiff's Motion for Reconsideration (Dck# 87), and

**(2) May 31, 2022** Court Order granting Defendants' Motion for Attorneys' Fees (Dck#76)

PLAINTIFF'S NOTICE OF APPEAL OF JULY 29, 2022 COURT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DCK# 87), AND MAY 31, 2022 COURT ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES (DCK#76) - PAGE 1 OF 3

CHUNG, MALHAS & MANTEL, PLLC
1037 NE 65th Street, Suite 80171
Seattle, Washington 98115
Phone: (206) 264-8999 ♦ Facsimile (206) 264-9098

*Respectfully submitted this* 29th day of August 2022.

CHUNG, MALHAS & MANTEL PLLC:

/s/ Edward C. Chung
Edward C. Chung, WSBA # 34292
Attorney for Plaintiff, Nathan Barton

1037 NE 65th Street, Suite 80171
Seattle, Washington 98115
Phone: (206) 264-8999
Facsimile: (206) 264-9098

PLAINTIFF'S NOTICE OF APPEAL OF JULY 29, 2022 COURT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DCK# 87), AND MAY 31, 2022 COURT ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES (DCK#76) - PAGE 2 OF 3



CHUNG, MALHAS & MANTEL, PLLC
1037 NE 65th Street, Suite 80171
Seattle, Washington 98115
Phone: (206) 264-8999  ♦  Facsimile (206) 264-9098

## IV. DECLARATION OF SERVICE

I, Edward C. Chung, counsel of record for the Plaintiff, declare under penalty of perjury under the laws of the State of Washington that I caused copies of the foregoing document to be served using the United State District Court Electronic Case Filing ("ECF") System which shall provide automatically a copy to Defendants' counsels of record:

*Respectfully submitted this 29th day of August, 2022.*

*/s/ Edward C. Chung*
Edward C. Chung, WSBA # 34292
Attorney for Plaintiff, Nathen Barton

PLAINTIFF'S NOTICE OF APPEAL OF JULY 29, 2022 COURT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DCK# 87), AND MAY 31, 2022 COURT ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES (DCK#76) - PAGE 3 OF 3

CHUNG, MALHAS & MANTEL, PLLC
1037 NE 65th Street, Suite 80171
Seattle, Washington 98115
Phone: (206) 264-8999 ♦ Facsimile (206) 264-9098